**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

KELLY L. STEPHENS

CLERK

Tel.  (513) 564-7000
www.ca6.uscourts.gov

March 11, 2026

Mr. William M. Butler, Jr.
Mr. Aaron David Smith
Mr. John A. Sowell

RE:    Case No. 25-5188
       *Luther Poynter v. Aaron Bennett, et al.*

Dear Counsel:

The court issued an order today granting the petition of appellees for rehearing en banc of the decision in the above-captioned appeal.

This case will be argued before the en banc court on Wednesday, June 03, 2026. In order to facilitate review by the full court, it will be necessary for the parties to file supplemental briefs in support of their respective positions.

Among any other arguments that the parties wish to make, they should address whether the court, in resolving this case, should apply the standard articulated in *Farmer v. Brennan*, 511 U.S. 825 (1994), the standard articulated in *Kingsley v. Hendrickson*, 576 U.S. 389 (2015), or some other standard.

The appellant shall file his supplemental brief not later than Friday, April 10, 2026.  The appellees shall file their supplemental brief not later than Monday, May 11, 2026.  The supplemental briefs shall not exceed twenty-five (25) pages.  Should the appellant wish to file a reply brief, not to exceed twelve (12) pages, it is due not later than Friday, May 22, 2026.

No extensions will be granted.

Very truly yours,

Kelly L. Stephens
Clerk

bh