**403 - 4th Floor Courtroom, 1:30 P.M.**                    **Wednesday, June 3, 2026**

### Sutton - Moore - Clay - Griffin - Kethledge - White - Thapar - Bush - Larsen - Nalbandian - Readler - Murphy - Davis - Mathis - Bloomekatz - Ritz - Hermandorfer

**25-5188    Luther Poynter v. Aaron Bennett, et al.**

Luther Poynter, by and through his Guardian, Anita Fernandez          ret   Elizabeth Cruikshank

*4 Minutes Rebuttal*

**Plaintiff – Appellant**

**V.**

Aaron Bennett, et al.                                              ret   Aaron David Smith

**Defendants – Appellees**

*Robin L. Johnson, Courtroom Deputy*

Plaintiff appeals the grant of summary judgment to defendants on his constitutional failure-to-protect claim.   (20 Minutes Per Side)